413 A.2d 1093

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Dale CRONRATH, Appellee.**

Supreme Court of Pennsylvania.

Argued April 21, 1980.

Decided May 16, 1980.

Charles M. Guthrie, Jr., Asst. Dist. Atty., for appellant.

Leonard J. Gajewski, Reading, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order affirmed.